**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

VINCENT PAM
REG. #23349-044                                                                                          PETITIONER

VS.                                             2:09CV00043 JMM/JTR

T.C. OUTLAW, Warden,
FCI Forrest City                                                                                         RESPONDENT

**ORDER**

Petitioner, who is currently incarcerated at the Federal Correctional Institution located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docket entry #1.) On May 1, 2009, the Court entered an Order directing the Clerk to send Petitioner an Application to Proceed *In Forma Pauperis* and explaining that, if Petitioner wished to continue with this action, he must either pay the $5.00 filing fee in full or file the Application on or before May 28, 2009. (Docket entry #2.)

In the Order, the Court specifically advised Petitioner that if he failed to timely comply, that this habeas action may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.* As of the date of this Order, Petitioner has neither submitted a properly completed Application to Proceed *In Forma Pauperis*, nor paid the filing fee, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this __8__ day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE